[No. 45016-0-II.   Division Two.   November 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY ARNOLD MUONIO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-00164-4, Scott A. Collier, J., entered May 24, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Worswick and Lee, JJ.

[No. 45030-5-II.   Division Two.   November 13, 2014.]

*In the Matter of the Detention of* JERROD STOUDMIRE.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-06863-1, Stanley J. Rumbaugh, J., entered June 6, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.

[No. 45405-0-II.   Division Two.   November 13, 2014.]

*In the Matter of the Estate of* MARIE J. REESE.

BEVERLY JO GESSEL, *Appellant*, v. MARILYN SANGER, *as Personal Representative, Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-4-00511-6, Leila Mills, J., entered August 30, 2013. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Worswick and Lee, JJ.

[No. 45757-1-II.   Division Two.   November 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. LANE J. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 12-1-00208-6, Michael J. Sullivan, J., entered December 6, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa and Lee, JJ.